

# NUMBER 13-25-00193-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**JUSTIN MICHAEL CONTRERAS,**                                          **Appellant,**

**v.**

**FELIX CONTRERAS,**                                          **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF TRAVIS COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Silva, Peña, and Cron
### Memorandum Opinion by Justice Silva

This cause is before the Court on its own motion.[1] On April 23, 2025, the Clerk of the Court notified appellant the notice of appeal did not comply with the Texas Rules of Appellate Procedure 9.5, 25.1(d)(1), (2), (5), and 25.1(e). *See* TEX. R. APP. P. 9.5,

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

25.1(d)(1), (2), (5), 25.1(e). On June 3, 2025, the Clerk of the Court again notified appellant of the defects in the notice of appeal. Appellant was further notified that if the defects were not corrected within ten days, the appeal would be dismissed. *See id.* R. 42.3(b), (c). On June 16, 2025, the notice was returned and marked "return to sender," "not deliverable as addressed," and "unable to forward." The notices were also sent to appellant's email address.

Texas Rule of Appellate Procedure 9.1(b) requires unrepresented parties to sign any document filed and "give the party's mailing address, telephone number, fax number, if any, and email address." *See id.* R. 9.1(b). This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c). Here, appellant has failed to file a compliant notice of appeal or otherwise respond to the Clerk of the Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
17th day of July, 2025.

2